ADRIAN JOHNSON, Respondent, v. UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, Impleaded with Another, Plaintiff, v. PEET & POWERS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REUBEN LEBOWITZ, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

LOUISE DORAN, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CHARLES F. KINGSLEY, as Executor, etc., of GRACE S. FORSYTHE, Deceased, Appellant, v. THE MERVYN REALTY CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ATLANTIC LIGHTERAGE CORPORATION, Respondent, v. JAMES C. DAVIS, Director General of Railroads, as Agent, Appointed under Section 206 of the Transportation Act of 1920,* Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

BENJAMIN HARRIS, Appellant, v. STEPHAN KARWELL and Another, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CHARLES LANG, Respondent, v. EDWARD AUKSCHUN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

FLORENCE V. SEARLE, Appellant, v. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CHARLES A. RAYFIELD, Appellant, v. LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant, v. EAST 26TH STREET GARAGE, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

JOHANNA TANENBAUM, Respondent, v. ABRAHAM D. COHEN, Appellant, Impleaded with Another, Defendant. E. & J. BASS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell and Finch, JJ.

---

* See 41 U. S. Stat. at Large, 461, § 206, as amd. by 42 id. 393, chap. 70, and 42 id. 1443, chap. 233. See, also, 42 id. 2237, 2238, Pres. Proc. March 26, 1921; 43 id. ——, Pres. Proc. Aug. 13, 1923.— [REP.